**Michael R. SHUCK, Petitioner—Appellant,**

v.

**Warden BLEDSOE, Respondent—Appellee.**

No. 05–7150.

United States Court of Appeals,
Fourth Circuit.

Submitted: May 10, 2006.

Decided: June 12, 2006.

Michael R. Shuck, Appellant Pro Se. Thomas Linn Eckert, Assistant United States Attorney, Roanoke, Virginia, for Appellee.

Before KING, GREGORY, and DUNCAN, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Michael R. Shuck, a federal prisoner, appeals the district court's order denying relief on his petition filed under 28 U.S.C. § 2241 (2000). We have reviewed the record and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *See Shuck v. Bledsoe,* No. CA–05–214–7, 2005 WL 1677900 (W.D.Va. July 19, 2005). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*